DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
DAVID WIKSELL
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JASON J. JOHNSON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-MJ-292 KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | COURT TRIAL |
| ) | |
| JASON J. JOHNSON, ) | |
| ) | Date:  November 30, 2009 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, JASON J. JOHNSON, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to vacate the court trial set for November 30, 2009 and set this case for court trial on February 16, 2010, at 10:00 a.m.

1   The continuance is requested because the parties are continuing to
2 negotiate a disposition in this matter.
3 Dated: November 19, 2009
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Lauren Cusick
                                    LAUREN CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JASON J. JOHNSON

Dated: November 19, 2009            BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney

                          ORDER

   The court trial is continued from November 30, 2009, at 10:00 a.m., to February 16, 2010, at 10:00 a.m.

   IT IS SO ORDERED.

DATED: November 19, 2009.


                                    _____
                                    U.S. MAGISTRATE JUDGE


STIPULATION AND ORDER                -2-