```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID WIKSELL
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  JASON J. JOHNSON

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,     ) No. 09-MJ-292 KJM
15                                )
              Plaintiff,          )
16                                ) STIPULATION AND ORDER TO CONTINUE
         v.                       ) COURT TRIAL
17                                )
    JASON J. JOHNSON,             )
18                                ) Date:  February 16, 2010
              Defendant.          ) Time:  10:00 a.m.
19                                ) Judge: Hon. Kimberly J. Mueller
    _____ )
20

21
    The United States of America, through MATTHEW STEGMAN, Assistant United
22
    States Attorney, together with defendant, JASON J. JOHNSON, by
23
    Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal
24
    Defender, stipulate to vacate the court trial set for February 16, 2010
25
    and set this case for court trial on March 22, 2010, at 10:00 a.m.
26

27

28
```

1     The continuance is requested because the parties are continuing to
2 negotiate a disposition in this matter.
3 Dated:   February 11, 2010
                                        Respectfully submitted,
4
                                        DANIEL J. BRODERICK
5                                       Federal Defender

6

7                                       /s/ Lauren Cusick
                                        LAUREN CUSICK
8                                       Assistant Federal Defender
                                        Attorney for Defendant
9                                       JASON J. JOHNSON

10
Dated:   February 11, 2010              BENJAMIN WAGNER
11                                      United States Attorney

12

13                                      _____
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
14

15                           ORDER

16     The court trial is continued from February 16, 2010, at 10:00
17 a.m., to March 22, 2010, at 10:00 a.m.
18     IT IS SO ORDERED.
19 DATED:  February 11, 2010.
20
21
22                                      _____
                                        U.S. MAGISTRATE JUDGE
23
24
25
26
27
28

STIPULATION AND ORDER                   -2-