1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | LAUREN CUSICK, Bar #257570
Assistant Federal Defender
3 | Designated Counsel for Service
DAVID WIKSELL
4 | Certified Student Attorney
801 I Street, 3rd Floor
5 | Sacramento, California 95814
Telephone: (916) 498-5700
6
7
Attorney for Defendant
8 | JASON J. JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-MJ-292 KJM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) Date: March 22, 2010 |
| JASON J. JOHNSON, | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, JASON J. JOHNSON, by and through her counsel, LAUREN CUSICK, Assistant Federal Defender, that the court trial set for March 22, 2010 at 10:00 a.m. be vacated.

///

///

We respectfully request the Court set a change of plea and sentencing on April 8, 2010 at 10:00 a.m.

Dated:   March 18, 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                         /s/ Lauren Cusick
                                        LAUREN CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JASON J. JOHNSON

Dated:   March 18, 2010                 BENJAMIN WAGNER
                                        United States Attorney


                                         /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney

                                ORDER

The court trial set for March 22, 2010, at 10:00 a.m. is vacated and reset to a change of plea and sentencing on April 8, 2010, at 10:00 a.m.

    IT IS SO ORDERED.

DATED: March 19, 2010.

                                        _____
                                        U.S. MAGISTRATE JUDGE

STIPULATION AND ORDER            -2-